## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22252-CMB |
| William Poliak and | : | Chapter 13 |
| Tawnya Poliak | : | |
| Debtors | : | Doc. No._____ |
| | : | |
| William Poliak and | : | |
| Tawnya Poliak | : | |
| Movants | : | |
| | : | Hearing Date: July 19, 2017 at 11:00 am |
| v. | : | |
| | : | Response Deadline: June 12, 2017 |
| Nationstar Mortgage and | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | |
| Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO AUTHORIZE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 24, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 12, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

EXECUTED ON: June 21, 2017

                                                           */s/ Corey J. Sacca*
                                                         Corey J. Sacca, Esquire
                                                         20 N. Pennsylvania Ave, Suite 201
                                                         Greensburg, PA  15601-2337
                                                         csacca@bononilaw.com
                                                         (724) 832-2499
                                                         PA ID# 306741

**PAWB Local Form 25 (07/13)**