IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22252-CMB |
| William Poliak and | : | Chapter 13 |
| Tawnya Poliak | : | |
|     Debtors | : | Doc. No._____ |
| | : | |
| William Poliak and | : | |
| Tawnya Poliak | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage and | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | |
|     Respondent | : | **ENTERED BY DEFAULT** |

ORDER APPROVING LOAN MODIFICATION

AND NOW, this _____22nd_____ day of _____June_____, 2017, upon consideration of the Motion to Approve Loan Modification of the Debtors, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Debtors are permitted to enter into the permanent loan modification attached to Debtors' Motion.
2. If the loan modification impacts the provisions of the Debtors' Chapter 13 Plan, a modified plan shall be filed within fourteen (14) days of the entry of this Order.
3. If the loan modification results in a material change in the Debtor's expense the Debtors shall file an amendment to the impacted schedules reflecting income and expenses within fourteen (14) days of the entry of this Order.

BY THE COURT:

FILED
6/22/17 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  **dms**
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22252-CMB
William Poliak                                                          Chapter 13
Tawnya Poliak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw               Page 1 of 1              Date Rcvd: Jun 22, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
db/jdb         +William Poliak,   Tawnya Poliak,   1039 Redoak Drive,   Harrison City, PA 15636-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    Pa Dept of Revenue jmillar@pa.gov
              Corey J. Sacca    on behalf of Joint Debtor Tawnya  Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Debtor William  Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee
               for Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
               Corp.etal pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7