UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** WILLIAM & TAWNYA POLIAK
**Case Number:** 16-22252-CMB     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 06, 2017 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/10/17 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#15 - Continued Confirmation of Plan Dated 7/11/2016 (NFC)
R / M #: 15 / 0

## Appearances:

Debtor: Sacca
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 7-25-17.
   Objections are due on or before 8-31-17
   A hearing on the Amended Plan is set for 9-7-17 at 11:00.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: The section 341 meeting is closed.

6/28/2017   2:08:33PM