UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.16-22252-CMB |
| | ) | |
| William Poliak, | ) | |
| Tawnya Poliak, | ) | Chapter 13 |
| Debtors | ) | Related to Claim #6 |
| | ) | |
| HSBC Bank USW, National Association, | ) | |
| As Trustee for Ace Securities Corp. Home | ) | |
| Equity Loan Trust, Series 2006-NC1, | ) | |
| Asset Backed Pass-Through Certificates | ) | |
| Movant | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| William Poliak, | ) | |
| Tawnya Poliak,, | ) | |
| Ronda J. Winnecour, Esq., | ) | |
| Trustee | ) | |
| Respondents | ) | |

### DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. HSBC Bank USW, National Association, As Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2006-NC1, Asset Backed Pass-Through Certificates filed a Notice of Mortgage Payment Change on September 25, 2017.
2. Debtor's escrow payment remains unchanged
3. Debtor's current principal and interest payment was $798.47 per month.
4. Debtor's new principal and interest payment is $807.94 per month.
5. Debtor's new total payment is $807.94 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient to fund the plan, and the new principal and interest payment required under the confirmed chapter 13 plan.

Date: November 10, 2017    /s/ Corey J. Sacca____
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com