UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William Poliak and Tawnya Poliak,<br>  Debtor(s) | Bankruptcy No. 16-22252-CMB |
| | Chapter 13 |
| US Bank National Association, Not In ITES Individual Capacity But Soley As Trustee For The CIM Trust 2017-8 Mortgage-Backed Notes, Series 2018 8,<br>  Movant(s)<br>       v.<br>William Poliak, Tawnya Poliak, and Ronda J. Winnecour, Trustee<br>  Respondent(s) | Related to Claim # 4 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. US Bank National Association, Not In ITES Individual Capacity But Soley As Trustee For The CIM Trust 2017-8 Mortgage-Backed Notes, Series 2018 8filed a Notice of Mortgage Payment Change on June 11, 2018.
2. Debtor's current escrow account payment was $483.83 per month.
3. Debtor's new escrow account payment is $491.67 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $1,642.50 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment as the escrow payment has decreased.

Date: June 11, 2018    /s/ Corey J. Sacca\_\_\_\_
              Corey J. Sacca, Esq.
              PA ID # 306741
              Bononi & Company, P.C.
              20 North Pennsylvania Ave, Suite 201
              Greensburg, PA 15601
              (724) 832-2499
              csacca@bononilaw.com