**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                             CASE NO.: 16-22252-CMB
                                                                   CHAPTER 13

**WILLIAM POLIAK**

    Debtor,

**TAWNYA POLIAK**

    Joint Debtor,

_____/

**U.S. BANK NATIONAL**
**ASSOCIATION, NOT IN ITS**
**INDIVIDUAL CAPACITY BUT**
**SOLELY AS INDENTURE TRUSTEE**
**FOR THE CIM TRUST 2017-8**
**MORTGAGE-BACKED NOTES,**
**SERIES 2017-8,**

    Secured Creditor,

v.

**WILLIAM POLIAK,**

**TAWNYA POLIAK,**

**RONDA J. WINNECOUR,**

    Respondents.

_____/

**NOTICE OF WITHDRAWAL**

    **PLEASE TAKE NOTICE THAT**, on behalf of : U.S. BANK NATIONAL

ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE

TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8

("Secured Creditor"), the undersigned hereby withdraws the following document:

**DE 62, Motion for Relief from Stay, filed on June 12, 2018.**

**Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: 470-321-7112 x 221
Fax: 404-393-1425

By: /s/ Kevin Buttery
Kevin M. Buttery Esquire
Bar ID: 319438
Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on {SENDMONTH} {SENDDAY}, {SENDYEAR}, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Corey J. Sacca, Bononi & Company, 20 North Pennsylvania Ave., Greensburg, PA 15601
    csacca@bononilaw.com

Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219
    cmecf@chapter13trusteewdpa.com

Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222
    USTP.Region03@usdoj.gov

**Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: 470-321-7112 x 221
Fax: 404-393-1425

By: /s/ Kevin Buttery
Kevin M. Buttery Esquire
Bar ID: 319438
Email: kbuttery@rascrane.com