## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William Poliak and Tawnya Poliak,<br>　　　　Debtor(s) | Bankruptcy No. 16-22252-CMB |
| | Chapter 13 |
| HSBC Bank USA, National Association, as<br>Trustee for Ace Securities Corp. Home Equity<br>Loan Trust, Series 2006-No1, Asset Backed<br>Pass Through Certificates,<br>　　　　Movant(s)<br>　　　　　　　　v.<br>William Poliak, Tawnya Poliak, and Ronda J.<br>Winnecour, Trustee<br>　　　　Respondent(s) | Related to Claim # 6 |

### DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2006-No1, Asset Backed Pass Through Certificates filed a Notice of Mortgage Payment Change on September 26, 2018.
2. Debtor's current escrow account payment remains unchanged.
3. Debtor's current principal and interest payment is $807.94 per month.
4. Debtor's new principal and interest payment is $819.88
5. Debtor's new total payment is $819.86 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment as the escrow payment has decreased.

Date:  September 27, 2018

/s/ Corey J. Sacca_____
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com