**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-22252-CMB |
| | ) | |
| William Poliak and Tawnya Poliak | ) | Chapter 13 |
|     Debtors | ) | |
| _____ | ) | Document No.___75___ |
| William Poliak and Tawnya Poliak | ) | |
|     Movants, | ) | |
| vs. | ) | |
| | ) | |
| Internal Revenue Service, Pennsylvania | ) | |
| Department of Revenue, HSBC Bank USA, | ) | |
| Ocwen Loan Servicing, LLC, | ) | |
| Commonwealth of Pennsylvania Department | ) | |
| Of Labor and Industry, | ) | |
| Capital One Bank, USA, and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Respondents. | ) | |

**STIPULATION PURSUANT TO LOCAL BANKRUPTCY RULE 6004-2**

AND NOW, comes the Debtors, William Poliak and Tawnya Poliak by and through their attorney, Corey J. Sacca, Esquire and Bononi & Company, P.C., and Ronda J. Winnecour, Chapter 13 Trustee by her counsel Owen W. Katz, Esquire and represent as follows.

1. The real property to be sold is commonly known as 302 Shadow Wood Court, Trafford, Pennsylvania, 15085.

2. The real property has a Tax ID No 36-02-13-0-118

3. The Debtor has received an offer from Raymond T. Rocco (hereinafter "Buyer") to purchase 302 Shadow Wood Court, Trafford, Pennsylvania 15085, for $107,000.00.

4. This above Agreement of Sale and subsequent sale of the Real Estate is subject to the approval of the Bankruptcy Court.

5. Respondent, HSBC Bank USA holds the first mortgage against the Real Estate. This mortgage is to be paid at closing.

6. It is believed by Debtor this sale shall provide enough proceeds to complete the Debtors' Confirmed Chapter 13 Plan.

7. Debtor shall provide, to the Chapter 13 Trustee, all the proceeds from sale except for the following to be paid at closing:

    a. Current mortgage payable to OCWEN Loan Servicing LLC

    b. Current real estate taxes pro-rated to the date of closing;

    c. Current water and sewer bills pro-rated to the date of closing (if applicable);

    d. Sellers share of the transfer taxes;

    e. Any other closing items necessary and customary to consummate this transaction;

    f. Debtors' Attorneys fees associated with this transaction approximately $750.00;

    g. Chapter 13 Trustee shall receive the remaining proceeds to be distributed based on the Confirmed Chapter 13 Plan in this case.

8. Pursuant to Local Rule 6004 – 2, the Trustee consents to the Debtor selling the property without publication, in reliance on: (a) the Debtors' belief that the net proceeds will be sufficient to complete the plan with a 100% distribution to timely filed unsecured claims; and (b) the understanding and agreement that the Debtors remain responsible for making up any deficiency that remains to complete the Plan at 100% as a condition to case completion and discharge.

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

/s/ Corey J. Sacca
Corey J. Sacca, Esquire
PA ID 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave.
Greensburg, PA 15601
724-832-2499
csacca@bononilaw.com

/s/ Owen W. Katz
Owen W. Katz – PA ID 36473
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
412-471-5566
okatz@chapter13trusteewdpa.com

FILED
12/20/18 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William Poliak
Tawnya Poliak
    Debtors

Case No. 16-22252-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Dec 20, 2018
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
db/jdb          +William Poliak,    Tawnya Poliak,    1039 Redoak Drive,    Harrison City, PA 15636-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
       Albert James Millar    on behalf of Creditor    Pa Dept of Revenue jmillar@pa.gov
       Corey J. Sacca    on behalf of Joint Debtor Tawnya  Poliak csacca@bononilaw.com,
        coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
       Corey J. Sacca    on behalf of Debtor William  Poliak csacca@bononilaw.com,
        coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
       James Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3 bkgroup@kmllawgroup.com
       Jerome B. Blank    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities Corp.etal pawb@fedphe.com
       Jodi L. Hause    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al jodi.hause@phelanhallinan.com,   pawb@fedphe.com
       Joseph A. Dessoye    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities Corp.etal pawb@fedphe.com
       Kevin M Buttery    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3 kbuttery@rascrane.com
       Kevin M Buttery    on behalf of Creditor    US Bank National Association kbuttery@rascrane.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       Thomas Song    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al pawb@fedphe.com
                                                                                      TOTAL: 12