**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Case No. 16-22252-CMB |
| ) | |
| William Poliak and Tawnya Poliak ) | Chapter 13 |
|     Debtors ) | |
| _____ ) | Document No. 68 & 76 |
| William Poliak and Tawnya Poliak ) | |
|     Movants, ) | |
| vs. ) | |
| ) | |
| Internal Revenue Service, Pennsylvania ) | |
| Department of Revenue, HSBC Bank USA, ) | |
| Ocwen Loan Servicing, LLC, ) | |
| Commonwealth of Pennsylvania Department ) | |
| Of Labor and Industry, ) | |
| Capital One Bank, USA, and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Respondents. ) | |

**ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY**
**FREE AND DIVESTED OF LIENS**

    ***AND NOW***, this ___20th___ day of ___December___, 2018, upon consideration of the Debtors' Motion for Sale of Property Free and Divested of Liens to ***Raymond T. Rocco,*** or his assignee, after hearing held in Courtroom A, 54th Floor, US Steel Tower, Pittsburgh, PA 15219 the Court finds:

(1)     That service of the Notice of Hearing and order setting hearing on said Motion for private sale of real property free and divested of liens of the above named Respondents, was effected on the following secured creditors:

HSBC Bank, USA
c/o Ocwen Loan Servicing, LLC
PO Box 24605
West Palm Beach
FL 33416-4605

HSBC Bank, USA
Thomas Song, Esquire
Phelan Hallinan Diamond and Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

Commonwealth of PA – UCTS
Amy Weikel, UC Tax Agent
651 Boas Street, Room 702
Harrisburg, PA 17121

Department of Labor and Industry
651 Boas Street, Room 702
Harrisburg, PA 17121

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Tamika Washington
PA Dept. of Revenue
4th and Walnut Street
Harrisburg, PA 17128

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7317

Internal Revenue Service
Douglas A Smith, Revenue Officer
1000 Libery Avenue M/S 711B
Pittsburgh, PA 15222-3714

Capital One Bank, USA
William T. Molczan, Esquire
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219-1842

(2)     That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by Stipulation entered by the Debtors and Trustee.

(3)     That at the sale hearing the highest/best offer received was that of the above Purchaser(s) and no objection to the sale was made which would result in cancellation of said sale.

(4)     That the price of ***$107,000.00*** offered by ***Raymond T. Rocco*** was a full and fair price for the property in question.

(5)     That the Purchaser(s) has acted in good faith with respect to the within sale in accordance with *In re Abbots Dairies of Pennsylvania, Inc.,* 788 F2d. 143 (3rd Cir. 1986).

Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED** that the sale by Special Warranty deed of the real property described as ***tax map parcel # 36-02-13-0-118 and commonly known as 302 Shadow Wood Court, Traffordd, PA 15085,*** is hereby **CONFIRMED** to ***Raymond T. Rocco***, or his assignee, free and divested of the above-recited liens and claims, and that the Movant is authorized to make, execute and deliver to the Purchaser(s) above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

**IT IS FURTHER ORDERED**, that the above-recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, ***that the within decreed sale shall be free, clear and divested of said liens and claims;***

**FURTHER ORDERED**, that the following expenses/costs shall immediately be paid at the time of closing. ***Failure of the closing agent to timely make and forward the disbursements required by this Order*** will subject the closing agent to monetary sanctions, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of the Order.

(1) The following liens/claims:
    a. Mortgage Claim of HSBC Bank USA (OCWEN Loan Servicing LLC);

(2) Delinquent real estate taxes, if any;
(3) Current real estate taxes, pro-rated to the date of closing;
(4) Debtors' reasonable attorney fees in the amount of $750.00 payable to Bononi & Company, P.C.
(5) The "net proceeds" from the closing as identified on the Combined Closing Statement to be remitted to the Chapter 13 Trustee.

**FURTHER ORDERED** that:

(1) Closing shall occur within thirty (30) days of this Order and, within five (5) days following closing, the Movant shall file a report of sale;
(2) This Sale Confirmation Order survives any dismissal or conversion of the within case; and,
(3) Within five (5) days of the date of this Order, the Movant shall serve a copy of the within Order on each Respondent (i.e. each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the Motion or appeared at the hearing, the attorney for the Debtor, the Purchaser, and the attorney for the Purchaser, if any, and file a certificate of service.

BY THE COURT:

*Carlota M. Böhm*   dmk
Carlota M. Böhm, Chief Judge
United States Bankruptcy Court

FILED
12/20/18 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                             Case No. 16-22252-CMB
William Poliak                                                     Chapter 13
Tawnya Poliak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                  Page 1 of 1              Date Rcvd: Dec 20, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db/jdb         +William Poliak,    Tawnya Poliak,    1039 Redoak Drive,    Harrison City, PA 15636-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    Pa Dept of Revenue jmillar@pa.gov
              Corey J. Sacca    on behalf of Joint Debtor Tawnya   Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Debtor William   Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee
               for Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
               Corp.etal pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
               jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
               Corp.etal pawb@fedphe.com
              Kevin M Buttery    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee for
                Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3 kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor    US Bank National Association kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
               pawb@fedphe.com
                                                                                               TOTAL: 12