# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

04/09/2019

IN RE:

WILLIAM POLIAK                                    Case No.16-22252 CMB
TAWNYA POLIAK
1039 REDOAK DRIVE                                 Chapter 13
HARRISON CITY,  PA  15636
XXX-XX-0267          Debtor(s)

XXX-XX-3809

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/9/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **SYNCHRONY BANK++** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.: 9243/PRAE |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM: 0.00 | |
| MIAMI, FL  33131-1605 | COMMENT: JCP/PRAE | |

---

| | | |
|---|---|---|
| **US BANK NA - TRUSTEE** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:4 | ACCOUNT NO.:  5520 |
| PO BOX 619094 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  2262.64/PL@NATIONSTAR*2737.65 X (60+2)=LMT*BGN 7/16*W/19*DKT*CL=304549.5 | |

---

| | | |
|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC(*)** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  VEHICLE |
| DEPT 55953 | Court Claim Number:1 | ACCOUNT NO.:  2478 |
| PO BOX 55000 | | |
| | CLAIM:  1,095.92 | |
| DETROIT, MI  48255-0953 | COMMENT:  4712@0%MDF/PL*DKT*TTLD CAR/ATTY*PIF/CRDTR LTR*DKT*CL=4712.98 | |

---

| | | |
|---|---|---|
| **HSBC BANK USA NA - TRUSTEE** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O OCWEN LOAN SERVICING LLC(*) | Court Claim Number:6 | ACCOUNT NO.:  5726 |
| ATTN CASHIERING DEPT | | |
| 1661 WORTHINGTON RD STE 100 | CLAIM: 0.00 | |
| W PALM BEACH, FL  33409 | COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 7/16*$RTND*NTC-RSV | |

---

| | | |
|---|---|---|
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA U** | Trustee Claim Number:5   INT %: 9.00% | CRED DESC:  SECURED CREDITOR |
| OFFICE OF UC TAX SERVICES-COLLECTION SU | Court Claim Number:7 | ACCOUNT NO.:  1828 |
| 651 BOAS ST - RM 924 | | |
| | CLAIM:  5,359.70 | |
| HARRISBURG, PA  17121 | COMMENT:  $/P-CL@SNT%/PL@06-15~WITHOLDING*PRI/SCH | |

---

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:3-2 | ACCOUNT NO.:  0267 |
| PO BOX 7317 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO PRI/PL*$0/AMD CL | |

---

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:2-2 | ACCOUNT NO.:  8026 |
| STRAWBERRY SQ | | |
| | CLAIM:  5,220.05 | |
| HARRISBURG, PA  17128 | COMMENT:  $/PL-CL*AMD | |

---

| | | |
|---|---|---|
| **CAPITAL ONE(*)** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC  28269 | COMMENT:  NO$/SCH | |

---

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.:  4481 |
| PO BOX 3025 | | |
| | CLAIM: 0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

---

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NO$/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYSTEMS & SERVICES TECHNOLOGIES INC(*)** | Trustee Claim Number:11  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPT | Court Claim Number:5 | ACCOUNT NO.:  1776 |
| POB 3999* | | |
| | CLAIM:  1,360.10 | |
| ST JOSEPH, MO  64503 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:12  INT %: 3.00% | CRED DESC:  SECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:2-2 | ACCOUNT NO.:  2662 |
| STRAWBERRY SQ | | |
| | CLAIM:  1,185.24 | |
| HARRISBURG, PA  17128 | COMMENT:  1185.25@SLNT%/PL*NO SEC/SCH*AMD | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:13  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:2-2 | ACCOUNT NO.:  0267 |
| STRAWBERY SQ | | |
| | CLAIM:  2,884.57 | |
| HARRISBURG, PA  17128 | COMMENT:  NO GEN UNS/SCH*AMD | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:14  INT %: 4.00% | CRED DESC:  SECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:3-2 | ACCOUNT NO.:  0267 |
| PO BOX 7317 | | |
| | CLAIM:  25,295.48 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $/PL-CL@SLNT%/PL*NO SEC/SCH*AMD | |

| | | |
|---|---|---|
| **JEROME BLANK ESQ** | Trustee Claim Number:15  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| PHELAN HALLINAN ET AL | Court Claim Number: | ACCOUNT NO.: |
| OMNI WILLIAM PENN OFC TOWER | | |
| 555 GRANT STE STE 300 | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  HSBC BANK/PRAE | |

| | | |
|---|---|---|
| **US BANK NA - TRUSTEE** | Trustee Claim Number:16  INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:4 | ACCOUNT NO.:  5520 |
| PO BOX 619094 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  12,000/PL@NATIONSTAR*THRU 6/16*W/19*DKT*CL=34488.25 | |

| | | |
|---|---|---|
| **HSBC BANK USA NA - TRUSTEE** | Trustee Claim Number:17  INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O OCWEN LOAN SERVICING LLC(*) | Court Claim Number:6 | ACCOUNT NO.:  5726 |
| ATTN CASHIERING DEPT | | |
| 1661 WORTHINGTON RD STE 100 | CLAIM:  2,735.35 | |
| W PALM BEACH, FL  33409 | COMMENT:  $/PL-CL~OCWEN/PL*THRU 6/16*NTC-RSV @4 | |

| | | |
|---|---|---|
| **US BANK NA - TRUSTEE** | Trustee Claim Number:18  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:4 | ACCOUNT NO.:  5520 |
| PO BOX 619094 | | |
| | CLAIM:  11,498.13 | |
| DALLAS, TX  75261-9741 | COMMENT:  PMT/TRIAL MOD~BGN 10-16*1642.59x57 REM+2=LMT*W/19*DKT | |

| | | |
|---|---|---|
| **US BANK NA - TRUSTEE** | Trustee Claim Number:19  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:04-2 | ACCOUNT NO.:  5520 |
| PO BOX 619094 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  PMT/DECL*LOAN MOD BGN 5/17*DKT4PMT-LMT*DK | |

| | | |
|---|---|---|
| **RAS CITRON** | Trustee Claim Number:20  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 130 CLINTON RD STE 202 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| FAIRFIELD, PA  07004 | COMMENT:  US BANK NATL/PRAE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JODI L HAUSE ESQ** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| PHELAN HALLINAN DIAMOND & JONES LLP | Court Claim Number: | ACCOUNT NO.: |
| 555 GRANT ST STE 300 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  HSBC BANK/PRAE | |