UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William Poliak and Tawnya Poliak,<br>　　　Debtor(s)<br><br>US Bank National Association, Not In Its Individual Capacity But Soley As Trustee For The CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8,<br>　　　Movant(s)<br>　　　　　　v.<br>William Poliak and Tawnya Poliak, and Ronda J. Winnecour, Trustee<br>　　　Respondent(s) | Bankruptcy No. 16-22252-CMB<br><br>Chapter 13<br><br><br><br>Related to Claim # 4 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. US Bank National Association, Not In Its Individual Capacity But Soley As Trustee For The CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8filed a Notice of Mortgage Payment Change on June 17, 2019.
2. Debtor's current escrow account payment was $491.67 per month.
3. Debtor's new escrow account payment is $506.36 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $1,657.19 per month.
6. Debtor has resumed making direct payments to mortgage servicer as of June 1, 2019.

Date:  June 17, 2019　　　　　　　　　/s/ Corey J. Sacca\_\_\_\_
　　　　　　　　　　　　　　　　　　Corey J. Sacca, Esq.
　　　　　　　　　　　　　　　　　　PA ID # 306741
　　　　　　　　　　　　　　　　　　Bononi & Company, P.C.
　　　　　　　　　　　　　　　　　　20 North Pennsylvania Ave, Suite 201
　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　(724) 832-2499
　　　　　　　　　　　　　　　　　　csacca@bononilaw.com