**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William Poliak**
**Tawnya Poliak**
    Debtor(s)

Bankruptcy Case No.: 16−22252−CMB

Chapter: 13
Docket No.: 91 − 90

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of June, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/9/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/11/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/9/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                              Case No. 16-22252-CMB
William Poliak                                                      Chapter 13
Tawnya Poliak
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                  Page 1 of 2                  Date Rcvd: Jun 26, 2019
                               Form ID: 408                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db/jdb         +William Poliak,    Tawnya Poliak,    1039 Redoak Drive,    Harrison City, PA 15636-1600
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
14247452       +Dept. of Labor and Industry - UCTS,    Commonwealth of Pennsylvania,
                 625 Cherry Street Room 203,    Reading, PA 19602-1152
14262085      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,     P. O. Box 62180,
                 Colorado Springs, CO 80962)
14247454       +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
14319322        HSBC Bank USA, National Association,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
14247456       +Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14264684       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 27 2019 03:02:56     COMMONWEALTH OF PA    UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 27 2019 03:05:42
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14327798       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 27 2019 03:02:56     COMMONWEALTH OF PA    UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14247451       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2019 03:07:01      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
14247453       +E-mail/Text: mrdiscen@discover.com Jun 27 2019 03:00:48     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14247455        E-mail/Text: cio.bncmail@irs.gov Jun 27 2019 03:01:04     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
14247457       +Fax: 407-737-5634 Jun 27 2019 03:39:30     Ocwen Loan Servicing L,    1661 Worthington R,
                 West Palm Beac, FL 33409-6493
14247458        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2019 03:01:38     PA Department of Revenue,
                 Department 280946,    Harrisburg, PA 17128-0946
14247459       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 03:20:42
                 Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541
14262164       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2019 03:01:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14250971        E-mail/PDF: rmscedi@recoverycorp.com Jun 27 2019 03:05:42
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14290619       +E-mail/Text: bankruptcysst@alorica.com Jun 27 2019 03:00:45
                 Systems & Services Technologies, Inc.,    4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
14247460       +E-mail/Text: bankruptcysst@alorica.com Jun 27 2019 03:00:45     Systems and Services Tech,
                 4315 Pickett Rd.,    Saint Joseph, MO 64503-1600
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, NA, As Trustee For ACE Securities C
cr              HSBC Bank USA, National Association, As Trustee Fo
cr              NATIONSTAR MORTGAGE, LLC
cr              Pa Dept of Revenue
cr              U.S. Bank National Association as Indenture Truste
cr              U.S. Bank National Association as Indenture Truste
                                                                                TOTALS: 6, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2                User: dsaw              Page 2 of 2              Date Rcvd: Jun 26, 2019
                                    Form ID: 408            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    Pa Dept of Revenue jmillar@pa.gov
              Corey J. Sacca    on behalf of Debtor William  Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Joint Debtor Tawnya  Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee
               for Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
               Corp.etal pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
               Corp.etal pawb@fedphe.com
              Kevin M Buttery    on behalf of Creditor    US Bank National Association kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee for
               Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3 kbuttery@rascrane.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
               pawb@fedphe.com
                                                                                              TOTAL: 12
```