# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    WILLIAM POLIAK
    TAWNYA POLIAK
        Debtor(s)

    Ronda J. Winnecour
     Chapter 13 Trustee,
        Movant
        vs.
    No Respondents.

Case No.:16-22252

Chapter 13

Document No.:

## CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
## AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2019

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/17/2016  and confirmed on 10/21/16 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 145,262.77 |
| Less Refunds to Debtor | | 9,525.42 | |
| TOTAL AMOUNT OF PLAN FUND | | | 135,737.35 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 5,927.45 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,927.45 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE<br>Acct: 5520 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC BANK USA NA - TRUSTEE<br>Acct: 5726 | 24,890.42 | 24,890.42 | 0.00 | 24,890.42 |
| US BANK NA - TRUSTEE<br>Acct: 5520 | 11,498.13 | 11,498.13 | 0.00 | 11,498.13 |
| US BANK NA - TRUSTEE<br>Acct: 5520 | 0.00 | 41,609.40 | 0.00 | 41,609.40 |
| US BANK NA - TRUSTEE<br>Acct: 5520 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC BANK USA NA - TRUSTEE<br>Acct: 5726 | 2,735.35 | 2,735.35 | 0.00 | 2,735.35 |
| PA DEPARTMENT OF LABOR & INDUSTR<br>Acct: 1828 | 5,359.70 | 5,359.70 | 858.36 | 6,218.06 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 2662 | 1,185.24 | 1,185.24 | 61.40 | 1,246.64 |
| INTERNAL REVENUE SERVICE*<br>Acct: 0267 | 25,295.48 | 25,295.48 | 1,755.78 | 27,051.26 |
| FORD MOTOR CREDIT COMPANY LLC(*)<br>Acct: 2478 | 1,095.92 | 1,095.92 | 0.00 | 1,095.92 |
| | | | | 116,345.18 |
| **Priority** | | | | |
| COREY J SACCA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM POLIAK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM POLIAK<br>Acct: | 9,525.42 | 9,525.42 | 0.00 | 0.00 |
| BONONI & COMPANY<br>Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 0267 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: | 5,220.05 | 5,220.05 | 0.00 | 5,220.05 |

16-22252                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| Acct: 8026 | | | | |
| | | | | 5,220.05 |
| Unsecured | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4481 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYSTEMS & SERVICES TECHNOLOGIES | 1,360.10 | 1,360.10 | 0.00 | 1,360.10 |
| Acct: 1776 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,884.57 | 2,884.57 | 0.00 | 2,884.57 |
| Acct: 0267 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAS CITRON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JODI L HAUSE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,244.67 |

TOTAL PAID TO CREDITORS                                                              125,809.90

TOTAL
CLAIMED          5,220.05
PRIORITY        72,060.24
 SECURED         4,244.67


Date: 06/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM POLIAK
    TAWNYA POLIAK
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-22252

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22252-CMB
William Poliak                                                            Chapter 13
Tawnya Poliak
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: dsaw            Page 1 of 2              Date Rcvd: Jun 26, 2019
                                 Form ID: pdf900       Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db/jdb       +William Poliak,   Tawnya Poliak,   1039 Redoak Drive,   Harrison City, PA 15636-1600
cr           +US Bank National Association,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave.suite # 100,   Boca Raton, FL 33487-2853
14247452     +Dept. of Labor and Industry – UCTS,   Commonwealth of Pennsylvania,
              625 Cherry Street Room 203,   Reading, PA 19602-1152
14262085     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,   P. O. Box 62180,
              Colorado Springs, CO 80962)
14247454     +Frd Motor Cr,   Po Box Box 542000,   Omaha, NE 68154-8000
14319322      HSBC Bank USA, National Association,   c/o Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department,   P.O. Box 24605,   West Palm Beach, FL 33416-4605
14247456     +Nationstar Mortgage,   PO Box 829009,   Dallas, TX 75382-9009
14264684     +U.S. Bank National Association,   Nationstar Mortgage LLC,   PO Box 619096,
              Dallas TX 75261-9096


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 27 2019 03:02:57   COMMONWEALTH OF PA  UCTS,
              DEPARTMENT OF LABOR AND INDUSTRY,   651 BOAS STREET, ROOM 702,   HARRISBURG, PA 17121-0751
cr            E-mail/PDF: rmscedi@recoverycorp.com Jun 27 2019 03:06:22
              Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
              Miami, FL  33131-1605
14327798     +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 27 2019 03:02:57   COMMONWEALTH OF PA  UCTS,
              DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
              HARRISBURG, PA 17121-0751
14247451     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2019 03:07:02   Capital One Bank,
              PO Box 71083,   Charlotte, NC 28272-1083
14247453     +E-mail/Text: mrdiscen@discover.com Jun 27 2019 03:00:48   Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
14247455      E-mail/Text: cio.bncmail@irs.gov Jun 27 2019 03:01:05   Internal Revenue Service,
              PO Box 21126,   Philadelphia, PA 19114
14247457     +Fax: 407-737-5634 Jun 27 2019 03:39:30   Ocwen Loan Servicing L,   1661 Worthington R,
              West Palm Beac, FL 33409-6493
14247458      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2019 03:01:43   PA Department of Revenue,
              Department 280946,   Harrisburg, PA 17128-0946
14247459      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 03:05:41
              Portfolio Recovery,   PO Box 12914,   Norfolk, VA 23541
14262164     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2019 03:01:43
              Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
14250971      E-mail/PDF: rmscedi@recoverycorp.com Jun 27 2019 03:06:21
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
14290619     +E-mail/Text: bankruptcysst@alorica.com Jun 27 2019 03:00:45
              Systems & Services Technologies, Inc.,   4315 Pickett Road,,   St. Joseph, Missouri 64503-1600
14247460     +E-mail/Text: bankruptcysst@alorica.com Jun 27 2019 03:00:45   Systems and Services Tech,
              4315 Pickett Rd.,   Saint Joseph, MO 64503-1600
                                                                                    TOTAL: 13


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            HSBC Bank USA, NA, As Trustee For ACE Securities C
cr            HSBC Bank USA, National Association, As Trustee Fo
cr            NATIONSTAR MORTGAGE, LLC
cr            Pa Dept of Revenue
cr            U.S. Bank National Association as Indenture Truste
cr            U.S. Bank National Association as Indenture Truste
                                                                          TOTALS: 6, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dsaw               Page 2 of 2              Date Rcvd: Jun 26, 2019
                             Form ID: pdf900           Total Noticed: 21
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
         Albert James Millar    on behalf of Creditor    Pa Dept of Revenue jmillar@pa.gov
         Corey J. Sacca    on behalf of Debtor William   Poliak csacca@bononilaw.com,
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
         Corey J. Sacca    on behalf of Joint Debtor Tawnya   Poliak csacca@bononilaw.com,
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
         James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee
          for Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3
          bkgroup@kmllawgroup.com
         Jerome B. Blank    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
          Corp.etal pawb@fedphe.com
         Jodi L. Hause    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
          jodi.hause@phelanhallinan.com,  pawb@fedphe.com
         Joseph A. Dessoye    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
          Corp.etal pawb@fedphe.com
         Kevin M Buttery    on behalf of Creditor    US Bank National Association kbuttery@rascrane.com
         Kevin M Buttery    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee for
          Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3 kbuttery@rascrane.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas  Song    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
          pawb@fedphe.com
                                                                                    TOTAL: 12
```