| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **William Poliak** | Social Security number or ITIN  xxx–xx–0267 |
|  | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tawnya Poliak** | Social Security number or ITIN  xxx–xx–3809 |
|  | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **16–22252–CMB** | | |

# Order of Discharge                                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Poliak                                                                    Tawnya Poliak

<u>8/12/19</u>                                                                  **By the court:**    <u>Carlota M. Bohm</u>
                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William Poliak
Tawnya Poliak
    Debtors

Case No. 16-22252-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 2     Date Rcvd: Aug 12, 2019
                      Form ID: 3180W    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
```
db/jdb         +William Poliak,    Tawnya Poliak,    1039 Redoak Drive,    Harrison City, PA 15636-1600
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
14247452       +Dept. of Labor and Industry - UCTS,    Commonwealth of Pennsylvania,
                 625 Cherry Street Room 203,    Reading, PA 19602-1152
14319322        HSBC Bank USA, National Association,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
14247456       +Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14264684       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:22:47     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 13 2019 03:23:28     COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
cr              EDI: RECOVERYCORP.COM Aug 13 2019 06:38:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
14327798       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 13 2019 03:23:28     COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14247451       +EDI: CAPITALONE.COM Aug 13 2019 06:38:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
14247453       +EDI: DISCOVER.COM Aug 13 2019 06:38:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
14262085        EDI: FORD.COM Aug 13 2019 06:38:00      Ford Motor Credit Company LLC,    P. O. Box 62180,
                 Colorado Springs, CO 80962
14247454       +EDI: FORD.COM Aug 13 2019 06:38:00      Frd Motor Cr,    Po Box Box 542000,
                 Omaha, NE 68154-8000
14247455        EDI: IRS.COM Aug 13 2019 06:38:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114
14247457       +Fax: 407-737-5634 Aug 13 2019 03:44:06      Ocwen Loan Servicing L,    1661 Worthington R,
                 West Palm Beac, FL 33409-6493
14247458        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:22:47     PA Department of Revenue,
                 Department 280946,    Harrisburg, PA 17128-0946
14247459        EDI: PRA.COM Aug 13 2019 06:38:00      Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541
14262164       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:22:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14250971        EDI: RECOVERYCORP.COM Aug 13 2019 06:38:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14290619       +E-mail/Text: bankruptcysst@alorica.com Aug 13 2019 03:22:20
                 Systems & Services Technologies, Inc.,    4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
14247460       +E-mail/Text: bankruptcysst@alorica.com  Aug 13 2019 03:22:20      Systems and Services Tech,
                 4315 Pickett Rd.,    Saint Joseph, MO 64503-1600
                                                                                                TOTAL: 16
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, NA, As Trustee For ACE Securities C
cr              HSBC Bank USA, National Association, As Trustee Fo
cr              NATIONSTAR MORTGAGE, LLC
cr              Pa Dept of Revenue
cr              U.S. Bank National Association as Indenture Truste
cr              U.S. Bank National Association as Indenture Truste
cr              US Bank NA-Trustee
                                                                                   TOTALS: 7, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2                User: dkam                    Page 2 of 2                    Date Rcvd: Aug 12, 2019
                                    Form ID: 3180W                Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    Pa Dept of Revenue jmillar@pa.gov
              Corey J. Sacca    on behalf of Debtor William  Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Joint Debtor Tawnya  Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee
               for Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
               Corp.etal pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
               Corp.etal pawb@fedphe.com
              Kevin M Buttery    on behalf of Creditor    US Bank National Association kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee for
               Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3 kbuttery@rascrane.com
              Lauren Berschler Karl    on behalf of Creditor    US Bank NA-Trustee lkarl@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
               pawb@fedphe.com
                                                                                             TOTAL: 13
```