# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

| | |
|---|---|
| Debtor: | WILLIAM & TAWNYA POLIAK |
| Case Number: | 16-22252-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 09, 2017 11:00 AM 3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/10/17 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#15 - Final Confirmation of Plan Dated 7/11/2016 - NFC
R / M #: 15 / 0

## Appearances:

*Sacca*

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to _7/6/17_ at _11:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/1/2017    3:58:12PM

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 16-22252-CMB
William Poliak                                                  Chapter 13
Tawnya Poliak
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                   Page 1 of 2                  Date Rcvd: Aug 12, 2019
                              Form ID: pdf900              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db/jdb         +William Poliak,    Tawnya Poliak,    1039 Redoak Drive,    Harrison City, PA 15636-1600
cr             +US Bank National Association,     Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,     Boca Raton, FL 33487-2853
14247452       +Dept. of Labor and Industry - UCTS,     Commonwealth of Pennsylvania,
                 625 Cherry Street Room 203,    Reading, PA 19602-1152
14262085      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     P. O. Box 62180,
                 Colorado Springs, CO 80962)
14247454       +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
14319322        HSBC Bank USA, National Association,     c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
14247456       +Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14264684       +U.S. Bank National Association,     Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 13 2019 03:23:28      COMMONWEALTH OF PA   UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 13 2019 03:32:03
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
14327798       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 13 2019 03:23:28      COMMONWEALTH OF PA   UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14247451       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2019 03:31:59      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
14247453       +E-mail/Text: mrdiscen@discover.com Aug 13 2019 03:22:22      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14247455        E-mail/Text: cio.bncmail@irs.gov Aug 13 2019 03:22:29      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
14247457       +Fax: 407-737-5634 Aug 13 2019 03:44:06      Ocwen Loan Servicing L,    1661 Worthington R,
                 West Palm Beac, FL 33409-6493
14247458        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:22:49      PA Department of Revenue,
                 Department 280946,    Harrisburg, PA 17128-0946
14247459        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2019 03:30:09
                 Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541
14262164       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:22:49
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14250971        E-mail/PDF: rmscedi@recoverycorp.com Aug 13 2019 03:32:03
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14290619       +E-mail/Text: bankruptcysst@alorica.com Aug 13 2019 03:22:20
                 Systems & Services Technologies, Inc.,     4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
14247460       +E-mail/Text: bankruptcysst@alorica.com Aug 13 2019 03:22:20      Systems and Services Tech,
                 4315 Pickett Rd.,    Saint Joseph, MO 64503-1600
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, NA, As Trustee For ACE Securities C
cr              HSBC Bank USA, National Association, As Trustee Fo
cr              NATIONSTAR MORTGAGE, LLC
cr              Pa Dept of Revenue
cr              U.S. Bank National Association as Indenture Truste
cr              U.S. Bank National Association as Indenture Truste
cr              US Bank NA-Trustee
                                                                                               TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: dkam                  Page 2 of 2                  Date Rcvd: Aug 12, 2019
                               Form ID: pdf900             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    Pa Dept of Revenue jmillar@pa.gov
              Corey J. Sacca    on behalf of Debtor William  Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Joint Debtor Tawnya  Poliak csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee
               for Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
               Corp.etal pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
               jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For ACE Securities
               Corp.etal pawb@fedphe.com
              Kevin M Buttery    on behalf of Creditor    US Bank National Association kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee for
               Springleaf Mortgage Loan Trust 2013-, Mortgage-Backed Notes, Series 2013-3 kbuttery@rascrane.com
              Lauren Berschler Karl    on behalf of Creditor    US Bank NA-Trustee lkarl@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee For et al
               pawb@fedphe.com
                                                                                            TOTAL: 13
```